1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | GEORGE S. LOUIE,                    | No. 2:12-cv-3081 KJM CKD PS
12  |          Plaintiff,                  |
13  |     v.                               | SUGGESTION OF DEATH UPON THE
                                            RECORD AND ORDER
14  | COUNTY OF SACRAMENTO,                |
15  |          Defendant.                  |

16

17       Plaintiff, proceeding pro se, filed this action alleging a claim under the Americans and

18  with Disabilties Act and related claims.  It appears plaintiff is deceased.  See Louie v. Stomer

19  Family 2000 Revocable Trust, et al., case no. 2:11-cv-0108 JAM KJN PS (E.D. Cal.), ECF

20  No. 116.  No motion for substitution by the decedent's successor or representative has been filed.

21  See Fed. R. Civ. P. 25(a).

22       Accordingly, IT IS HEREBY ORDERED that:

23       1. Plaintiff's successor or representative shall file a motion for substitution within ninety

24  days from the date of this order.  Failure to file said motion shall result in a recommendation that

25  the action be dismissed.

26  /////

27  /////

28  /////

1

2. The Clerk of Court is directed to serve a courtesy copy of this order on counsel in case no. 2:12-cv-3056 KJM CKD.

Dated: July 11, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 louie3081.death