1  LONGYEAR, O'DEA & LAVRA, LLP
   John A. Lavra, CSB No.: 114533
2  Kelley S. Kern, CSB No.: 221265
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  **Attorneys for County of Sacramento**

6  **UNITED STATES DISTRICT COURT**

7  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8  CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, on 9  behalf of itself and others similarly situated, and RUTHEE GOLDKORN, on behalf of 10  herself and others similarly situated, | **CASE NO:  2:12-CV-03056-KJM-GGH** **DEFENDANT COUNTY OF SACRAMENTO'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 11           Plaintiff | **DATE:**    May 22, 2015 |
| 12      vs. | **TIME:**    10:00 a.m. **CTRM:**    3 |
| 13  COUNTY OF SACRAMENTO, | |
| 14           Defendant. | |

16      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17      PLEASE TAKE NOTICE that on Friday, May 22, 2015, at 10:00 a.m., or as soon

18  thereafter as the matter may be heard in the above-entitled Court, Courtroom 3, Defendant,

19  COUNTY OF SACRAMENTO will move the Court for an Order granting Partial Summary

20  Judgment to Defendant.

21      Defendant Moves for Summary Judgment on the following Issues:

22      **1. Defendant is entitled to summary judgment on the First Cause of Action
23      (Violation of Title II of the Americans with Disabilities Act 42 U.S.C. § 12132, et
       seq.) as to its gate counters because the counters do not violate the ADA.**

24      2. **Defendant is entitled to summary judgment on the First Cause of Action
25      (Violation of Title II of the Americans with Disabilities Act 42 U.S.C. § 12132, et
       seq.) as to its Emergency Evacuation Plan because the Plaintiffs lack standing as
26      it relates to the evacuation plan.**

27      3. **Defendant is entitled to summary judgment on the First Cause of Action
       (Violation of Title II of the Americans with Disabilities Act 42 U.S.C. § 12132, et
       seq.) as to its Emergency Evacuation Plan because the County's evacuation plan
28      does not violate the ADA.**

Defendant's Notice of Motion and Motion for Partial Summary Judgment

1

2

3

4.  **Defendant is entitled to summary judgment on the Second Cause of Action (Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 et seq.) because the County does not receive any federal funding for any programs or activities in Terminal B.**

4

5

5.  **Defendant is entitled to summary judgment on the Second Cause of Action (Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 et seq.) as to its gate counters because the counters do not violate the Rehabilitation Act.**

6

7

8

6.  **Defendant is entitled to summary judgment on the Second Cause of Action (Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 et seq.) Emergency Evacuation Plan because the Plaintiffs lack standing as it relates to the evacuation plan.**

9

10

7.  **Defendant is entitled to summary judgment on the Second Cause of Action (Violation of Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 et seq.) Emergency Evacuation Plan because the County's evacuation plan does not violate the Rehabilitation Act.**

11

12

13

8.  **Defendant is entitled to summary judgment on the Third Cause of Action (Violation of the California Unruh Civil Rights Act, California Civil Code § 51, et seq.) as to its gate counters because the counters do not violate the Unruh Civil Rights Act.**

14

15

9.  **Defendant is entitled to summary judgment on the Third Cause of Action (Violation of the California Unruh Civil Rights Act, California Civil Code § 51, et seq.) as to the Emergency Evacuation Plan because the Plaintiffs lack standing as it relates to the evacuation plan.**

16

17

18

10. **Defendant is entitled to summary judgment on the Third Cause of Action (Violation of the California Unruh Civil Rights Act, California Civil Code § 51, et seq.) as to the Emergency Evacuation Plan because the County's evacuation plan does not violate the Unruh Civil Rights Act.**

19

20

11. **Defendant is entitled to summary judgment on the Fourth Cause of Action (Violation of the California Disabled Persons Act, California Civil Code § 54-54.3) as to its gate counters because the counters do not violate the Disabled Persons Act.**

21

22

23

12. **Defendant is entitled to summary judgment on the Fourth Cause of Action (Violation of the California Disabled Persons Act, California Civil Code § 54-54.3) as to its Emergency Evacuation Plan because the Plaintiffs lack standing as it relates to the evacuation plan.**

24

25

13. **Defendant is entitled to summary judgment on the Fourth Cause of Action (Violation of the California Disabled Persons Act, California Civil Code § 54-54.3) as to its Emergency Evacuation Plan because the County's evacuation plan does not violate the Disabled Persons Act.**

26

27

14. **Defendant is entitled to summary judgment on the Fifth Cause of Action (Violation of California Government Code § 11135, et seq.) because the County does not receive any state funding for any programs or activities in Terminal B.**

28

Defendant's Notice of Motion and Motion for Partial Summary Judgment

**15. Defendant is entitled to summary judgment on the Fifth Cause of Action (Violation of California Government Code § 11135, et seq.) as to its gate counters because the counters do not violate Government Code § 11135.**

**16. Defendant is entitled to summary judgment on the Fifth Cause of Action (Violation of California Government Code § 11135, et seq.) as to its Emergency Evacuation Plan because the Plaintiffs lack standing as it relates to the evacuation plan.**

**17. Defendant is entitled to summary judgment on the Fifth Cause of Action (Violation of California Government Code § 11135, et seq.) as to its Emergency Evacuation Plan because the County's evacuation plan does not violate Government Code § 11135.**

**18. Defendant is entitled to summary judgment on the Sixth Cause of Action (Declaratory Relief) as to its gate counters because the counters do not violate federal or state law.**

**19. Defendant is entitled to summary judgment on the Sixth Cause of Action (Declaratory Relief) as to its Emergency Evacuation Plan because the Plaintiffs lack standing as it relates to the evacuation plan.**

**20. Defendant is entitled to summary judgment on the Sixth Cause of Action (Declaratory Relief) as to its Emergency Evacuation Plan because the County's evacuation plan does not violate federal or state law.**

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Statement of Undisputed Material Facts, the Declarations of Carl Mosher, Kim Blackseth, Brent Kelley, Chief Jeff Metzinger, Lieutenant Timothy Curran and Kelley S. Kern, filed herewith, the pleadings and papers filed herein and upon such matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

Dated:  April 14, 2015                LONGYEAR, O'DEA & LAVRA, LLP

*/s/ KELLEY S. KERN*

By:  _____
JOHN A. LARVA
KELLEY S. KERN
Attorneys for Defendant,
County of Sacramento

Defendant's Notice of Motion and Motion for Partial Summary Judgment