# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, on behalf of itself and others similarly situated, and RUTHEE GOLDKORN, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | Case No. 2:12-CV-03056-KJM-CKD<br><br>**ORDER RE CONTINUING PRE-TRIAL DEADLINES**<br><br>Complaint Filed:   December 20, 2012<br><br>Judge:   Hon. Kimberly J. Mueller |

After consideration of the parties' stipulated requested to continue the deadlines set forth in the Court's October 9, 2014 Minute Order and the Court's order on December 15, 2015 regarding the extension of the pre-trial deadlines, finding good cause shown, the Court hereby orders the that the pre-trial deadlines in this matter shall be further continued to the following:

1. Disclosure of expert witnesses: August 10, 2016.
2. Deadline for the supplemental disclosure of expert witnesses: August 26, 2016.
3. Deadline for the completion of expert discovery: September 28, 2016.
4. Deadline for the parties' joint pretrial statement: October 7, 2016.
5. Final Pretrial Conference: November 4, 2016.
6. Deadline for the parties' individual trial briefs: December 19, 2016.
7. Jury trial commences: January 9, 2017.

**IT IS SO ORDERED.**

DATED: April 12, 2016

_____
UNITED STATES DISTRICT JUDGE