UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, and RUTHEE GOLDKORN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | No.  2:12-CV-03056-KJM-CKD<br><br>ORDER |

The plaintiffs filed this lawsuit in December 2012. Compl., ECF No. 1. In September 2013, the court issued a status (pretrial scheduling) order. ECF No. 25. Among other deadlines, discovery was set to conclude by November 28, 2014, a final pretrial conference was set for June 11, 2015, and a jury trial was set for August 2015. *See generally id.* On several occasions over the next three years, the parties requested extensions of these deadlines, which the court granted. *See* Minute Orders, ECF Nos. 29, 31, 33, 36, 62, 65, and 68; Order, Apr. 13, 2016, ECF No. 70. Expert discovery is currently set to conclude in late September this year, a final pretrial conference is set for November, and a trial is set for January 2017. *See* Order, Apr. 13, 2016.

1

On August 4, 2016, the parties filed a stipulation and proposed order requesting an additional continuance of all dates for 150 days. ECF No. 71. They write "that there is good cause to continue the pre-trial deadlines set forth in the Court's scheduling because the parties' efforts at settlement and crafting a remedial plan could resolve all matters in this action, thereby, obviating the need for further litigation and sparing the parties further time and expense preparing for trial." *Id.* at 1–2. Similarly broad language accompanied several of the parties' previous requests. *See, e.g.*, Stips. & Proposed Orders, ECF Nos. 67, 69.

The request to continue dates and deadlines is **denied** in light of this case's delayed schedule. In light of these delays, the court cannot continue to accept terse explanations of settlement and remediation efforts.

IT IS SO ORDERED.

DATED:  August 16, 2016

UNITED STATES DISTRICT JUDGE