# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS, on behalf of itself and others similarly situated, and RUTHEE GOLDKORN, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>Defendant. | **Case No. 2:12-CV-03056-KJM-CKD**<br><br>**ORDER RE RESCHEDULING STATUS CONFERENCE**<br><br>Complaint Filed:  December 20, 2012<br><br>Judge:  Hon. Kimberly J. Mueller |

After consideration of the parties' stipulated requested to reschedule the status conference currently set for October 13, 2016, Minute Order, ECF No. 74, finding good cause shown, the court hereby orders the that the status conference be reset from October 13, 2016 to October 7, 2016 at 10:00 AM.  The parties may provide a further joint status report in this matter on or before September 30, 2016 if new development arises in this action in the meantime.

**IT IS SO ORDERED.**

DATED: August 30, 2016

_____
UNITED STATES DISTRICT JUDGE