Stuart Seaborn (CA Bar No. 198590)
Sean Betouliere (CA Bar No. 308645)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: sbetouliere@dralegal.org

Attorneys for Plaintiffs


JOHN A. LAVRA (CA BAR NO. 114533)
KELLEY S. KERN (CA BAR NO. 221265)
Longyear O'Dea & Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOUNDATION FOR INDEPENDENT LIVING CENTERS and RUTHEE GOLDKORN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　Defendant. | Case No. 2:12-CV-03056-KJM-CKD<br><br>**STIPULATION OF DISMISSAL OF CASE AND [PROPOSED] ORDER**<br><br>Action Filed: December 20, 2012 |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

Plaintiffs, represented by Disability Rights Advocates, filed *California Foundation for Independent Living Centers et al. v. County of Sacramento*, 2:12-CV-03056-KJM-CKD on December 20, 2012.

On January 15, 2019 the Parties' Settlement Agreement was approved by the Sacramento County Board of Supervisors. The approved Settlement Agreement was signed and executed by all Parties on February 14, 2019 (the "Effective Date").

Contingent on this Court agreeing to retain jurisdiction to enforce the terms of the Parties' Settlement Agreement until the Injunctive Relief outlined in that Agreement has been completed (the "Oversight Period"), the Parties now jointly request that:

1. That named Plaintiffs' claims be dismissed, with prejudice.

2. That Judge Mueller retain jurisdiction over this case throughout the Oversight Period—which will run for 270 days from the Effective Date unless Defendants need more time to complete the agreed Injunctive Relief—to enforce the terms of the Parties' Agreement. Should Judge Mueller become unavailable during the term of the Agreement, the parties shall request that another judge or magistrate judge be assigned authority over this matter.

3. IT IS SO STIPULATED.

DATED: March 5, 2019      Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

_____
Sean Betouliere
Attorneys for Plaintiffs


LONGYEAR, O'DEA & LAVRA, LLP

DATED: March 5, 2019      /s/Kelley Kern_____
Kelley S. Kern
Attorneys for Defendant

---

*California Foundation for Independent Living Centers et al. v. County of Sacramento*, 2:12-CV-03056-KJM-CKD
**Stipulation of Dismissal of Case and [Proposed] Order**      1

**[PROPOSED] ORDER**

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644